UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:
DORIS L. WILLIAMS  Case No.: 07-32214
 Chapter 7
 Hon. DANIEL S. OPPERMAN
                                                          Debtor(s).
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

      The attached check in the amount of $13,621.00 represents the total sum of unclaimed dividends in this estate, and is paid to the Bankruptcy Court. The name and address of the parties entitled to these unclaimed dividends are as follows:

| Claim No.: | Creditor Name/Address | Amount |
|---|---|---|
| 4 | Household Finance Corp III<br>961 Weigel Dr.<br>Elmhurst, IL  60126 | $13,621.00 |

Dated: 10/5/10                                        ./s/ Collene K. Corcoran, Trustee
                                                                       Collene K. Corcoran, Trustee
                                                                       PO Box 535
                                                                       Oxford, MI  48371
                                                                       (248) 969-9300
                                                                       ccorcoran@epiqtrustee.com