UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:
**DORIS L. WILLIAMS**   Case No.: 07-32214
Chapter 7
Hon. DANIEL S. OPPERMAN
Debtor(s).
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $878.02 represents the total sum of unclaimed dividends in this estate, and is paid to the Bankruptcy Court. The name and address of the parties entitled to these unclaimed dividends are as follows:

| Claim No.: | Creditor Name/Address | Amount |
|---|---|---|
| 15 | Coll Serv Bureau<br>12750 S. Saginaw<br>Grand Blanc, MI  48439 | $878.02 |

Dated: 10/5/10

./s/ Collene K. Corcoran, Trustee
Collene K. Corcoran, Trustee
PO Box 535
Oxford, MI  48371
(248) 969-9300
ccorcoran@epiqtrustee.com